IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LUCHAUNCEY WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:17-cv-00316-SWW |
| | * | |
| | * | |
| VERIZON WIRELESS, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 16th day of May 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE